## Dr. Lawrence M. Marley, Appellee, v. Mary Henzler and Al Henzler, Appellants.

### Gen. No. 40,717.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Julius L. Kabaker, for appellants; Kelner & Kelner, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''